PD-0153&0154-15

FILED
FEB 04 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG CLERK

Kenneth Hayes
Appellant

§
§
§

V.

§
§
§

NO. 07-14-00177-CR
NO. 07-14-00178-CR

The State of Texas

§
§
§
§
§

FILED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

Motion for Extension of Time To the Request
To File Petition For Discretionary Review

To the Honorable Judge of Said Court:

Comes now, Kenneth Hayes, by and through
the undersigned Pro se, pursuant to the Texas
Rules of Appellant Procedures and Moves this Court
to enter an order extending the time in which
to file his Pro se Petition For Discretionary
Review in the above-referenced cause and in
support:

I.

The court below is the First Court of Appeals
in Austin Texas. The Court of Appeals Case
number is ___N/A___ or ___N/A___
the first court of Appeal issued its opinion
affirming Appellant's conviction in

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 10 2015

Abel Acosta, Clerk

(1)

## II

Appellant was convicted of Aggravated Sexual Assault in the 140th District Court of Lubbock County Texas in Cause number ___NA___. Appellant was sentenced to life in the Texas Department of Criminal Justice.

## III

Pursuant to Rule 48.4 of the Texas Rules of Appellate Procedure the undersigned is providing notice to Appellant that he will be filing his Petition For Discretionary Review on his behalf. Appellant is being notified of his right to file a Pro Se Petition For Discretionary Review pursuant to Rule 68 of the Texas Rules of Appellant Procedure.

## IV

Appellant is requesting an extension of time in which to file a PDR to address issues that were raised and rejected in the first Court of Appeals and the Seventh District of Texas at Amarillo. The current dead line for filing Appellant's PDR is ___NA___ ___NA___

## V.

NO Previous Motion to Extend Time to file Petition For Discretionary Review has been filed.

## VI

An additional 45 days extension of time to file Appellant's Petition For Discretionary Review is requested pursuant to Rule 10.5 and 68.2 and (c) of the Texas Rules of Appellant Procedures.

## VII

The following facts relied upon for an extension are within the personal knowledge of the Petition / Pro Se Signing this Motion.

The undersigned will not be filing any additional appeals in this matter. Appellant will need additional time to review and prepare a petition for PDR, in this matter. Additional time is needed to research these matters for inclusion in any petition for PDR.

On behalf of Appellant the undersigned is seeking and additional 45 day extension of time from this Court.

(3)

This request is not made for the purpose of delay but to insure Petitioner / Plaintiff's right to Appellate Review

Wherefore premises Considered the undersigned Prays that the court extend the time for filing Appellent's Petition P.D.R. in this matter

Respectfully Submitted

Mr. Kennoth Hayes
#1271577
264 Fm 3478
Huntsville Texas
77320


Certificate of Service

I Kennoth Hayes TDC# 1271577, Plaintiff / Petitioner hereby certify that a true and correct copy of the above and foregoing Petition for Discretionary Review, was served on the District Attorney's office. Lubbock Texas. Via by hand delivery / certified mail / regular mail. on this 3 day of Feb. 2015

Kennoth Hayes
Petition / Pro se